MARTIN SCHAEFER, Respondent, v. JOHN H. HILLIKER et al., Appellants.

*Schaefer* v. *Hilliker*, 140 App. Div. 173, affirmed.
(Submitted October 11, 1912; decided October 29, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 7, 1910, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover back money paid on account of the purchase price of real property and for the expense of examining title.

*John H. Steenwerth* for appellants.

*Lynn C. Norris* and *Francis X. Hennessy* for Title Guarantee and Trust Company.

*George L. Stamm* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.  Absent: HAIGHT, J.